DAIRY SEALED, INC., v. PETER G. TEN EYCK, as Commissioner of Agriculture and Markets of the State of New York, and Others.— Motion for leave to appeal to the Court of Appeals and to enjoin defendants from enforcing Official Order No. 111 of the Commissioner of Agriculture and Markets, Department of Milk Control, dated May 28, 1936, pending appeal denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

JACOB GOLDSTEIN v. THE TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

LAWYERS MORTGAGE COMPANY v. 330 W. 72 CORP. and Others, Impleaded with J. H. TAYLOR CONSTRUCTION CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE CITY OF NEW YORK v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of a Compulsory Accounting in the Estate of HARRY G. SMITH, Deceased. FLORENCE RUBINA ERICSON — LILY RUBINA SMITH and Another.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

KATHERINE O'MALLEY v. MISERICORDIA HOSPITAL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

.CHARLES FRITZ v. JULIUS KRASNE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

WILLIAM J. HARPER v. REMINGTON ARMS COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

EMIL HAUSER v. AUGUSTA M. BARTOW.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALDORF-ASTORIA REALTY CORPORATION v. HENRY M. GOLDFOGLE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMPIRE TRUST COMPANY and EMPIRE SAFE DEPOSIT COMPANY v. UNITED STATES FIDELITY AND GUARANTY COMPANY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SEARS, ROEBUCK AND CO. v. 9 AVENUE-31 STREET CORPORATION and Another. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings prescribed